IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RONALD MOSES,**
    Plaintiff,

vs.                                                         3:08cv393/MCR/MD

**WALTER A. MCNEIL, et al.,**
    Defendants.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 8, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is dismissed without prejudice for failure to prosecute and failure to comply with an order of the court.

3. The clerk is directed to close the file.

DONE AND ORDERED this 9th day of February, 2009.

                                        s/ *M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**